FILE COPY



**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

June 08, 2016

District Clerk Wichita County
Patti Flores
900 7th Street, RM 303
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

District Attorney Wichita County
Maureen Shelton
900 7th Street Rm 351
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

Presiding Judge 30th Judicial District
Wichita County
900 7th Street
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

2nd Court Of Appeals Clerk
Debra Spisak
401 W. Belknap, Ste 9000
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

John Gillespie
Assistant District Attorney
Wichita County, Texas
900 7th St
Wichita Falls, TX 76301-2402
* DELIVERED VIA E-MAIL *

Mark Barber
1101 Scott Ave Ste 15
Wichita Falls, TX 76301-4660
* DELIVERED VIA E-MAIL *

**Re:** DABNEY, RONNIE LEON
**CCA No.** PD-1514-14
**Trial Court Case No.** 51,705-A

**COA No.** 02-12-00530-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk